# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ELISHA L. STRAIGHT, | ) CV 11-08409-JHN (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| W. KNIPP, Warden, et al., | ) |
| | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: February 6, 2012

_____
JACQUELINE NGUYEN
UNITED STATES DISTRICT JUDGE